IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 05-20021-D |
| JASON PHILLIPS, | |
| Defendant. | |

ORDER GRANTING
MOTION TO CONTINUE REPORT

THIS CAUSE having come before the Court upon the petition of defendant Jason Phillips for an additional sixty days in which to report, and the Court having considered the entire record, is persuaded that the motion is well-taken, and GRANTS the motion.

Mr. Phillips' report date of April 19, 2005, is continued. Mr. Phillips is allowed an additional sixty days in which to report disposition of his cause to the Court. The defendant's next report date is __June 30, 2005 at 9:00 AM__.

4-15-2005
DATE

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:05-CR-20021 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT